UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA RUNIONS,

        Plaintiff,

v.

NIAGARA RESTITUTION SERVICES, INC.,
and YAMAL Y. RAMIREZ JR.,

        Defendants.
_____/

Case No. 1:16-cv-384

HON. PAUL L. MALONEY

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Lisa Runions and defendants Niagara Restitution Services, Inc. and Yamal Y. Ramirez Jr., being all of the parties who have appeared in this action, hereby stipulate to the immediate dismissal of this action, with prejudice, and with no award of costs, as to all parties.

Dated: February 10, 2017

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com

Dated: February 10, 2017

/s/ Rod L. Johnson
Rod L. Johnson (P71654)
Law Office of R L Johnson
Attorney for Defendants
39111 West Six Mile Road
Livonia, Michigan 48152
(800) 597- 0284
Admin@LawOfficeRLJohnson.com